**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09cr00278-003** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NICHOLAS T. HARARISON,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter was heard on January 30, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release.. The defendant was present and represented by Attorney Leif Christman.

    The violation report was referred to Magistrate Judge William H. Baughman, Jr., to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was filed January 7, 2013 [Doc. 159]. No objections were filed by either plaintiff or defendant.

    The Court adopted the Report and Recommendation and found the following terms of supervision had been violated:

        1) new law violation or or about November 14, 2012;

        2) association with felon (co-defendant Eva Arline Jones)

        3) failure in drug/alcohol aftercare and mental health aftercare.

    The Court, prior to imposing sentence, entertained statements from counsel for the

parties, the supervising officer and the defendant.  The Court found the violation(s) to be Grade C, defendant's Criminal History Category to be VI and committed the defendant to the Bureau of Prisons for a period of 1 month beginning January 30, 2013, with credit for time served in federal custody on the instant violations.  Upon release from incarceration defendant serve a 2 year period of supervised release under the conditions previously imposed along with the following additional conditions:

>1) defendant shall enter and successfully complete the Absolute House program;
>
>2) defendant shall comply with the Northern District of Ohio Offender Employment Policy;
>
>3) defendant shall remain free of drug use;
>
>4) defendant shall comply with the prescription protocol as directed by treating psychiatrist.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: January 31, 2013                     *s/    James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE