**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09cr00278-003** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NICHOLAS T. HARRISON,** | ) | |
| | ) | |
| Defendant. | ) | |

      This matter was heard on April 4, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Leif Christman.

      Defendant made an initial appearance on March 14, 2013, before Magistrate Judge William H. Baughman, Jr. Defendant agreed at the initial appearance to proceed immediately to a violation hearing and, with the advice of counsel, admitted to each of the violations in the March 5, 2013, violation report. The Magistrate Judge issued a Report and Recommendation on March 15, 2013, and no objections were filed by either plaintiff or defendant.

      The Court, finding no objection to the Report and Recommendation had been filed by the parties, found the following terms of supervision had been violated:

        1) failure to complete Absolute House Program;

        2) failure to follow instruction of United States Probation Officer;

        3) failure to report change of address to United States Probation Officer.

The Court considered the Section 3553(a) factors and defendant was committed to the Bureau of Prisons for a period of thirteen months with credit for time served in federal custody on the instant violations.  Upon release from incarceration defendant's federal period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: April 4, 2013                                  *s/    James S. Gwin*
                                                                         JAMES S. GWIN
                                                                         UNITED STATES DISTRICT JUDGE